```
GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA RIVERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: C 08-05803 HRL<br><br>[PROPOSED] ORDER REGARDING REMAND TO STATE COURT<br><br>Complaint Filed: October 16, 2008 |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. The above captioned matter is remanded to Santa Clara County Superior Court

DATED: 4/20/09

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

25775\461606

---

-1-

[PROPOSED] ORDER REGARDING REMAND TO STATE COURT - Case No.: C 08-05803 HRL

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER REGARDING REMAND TO STATE COURT,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Peter M. Lazarus, Esq.  **Attorney for Plaintiff**
Anthony R. Lopez & Associates
15400 Sherman Way, Ste. 105
Van Nuys, CA 91406
(818) 779-1700 Phone
(818) 779-1709 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 17, 2009.

_____
ALEXINE BRAUN

25775\461606

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

[PROPOSED] ORDER REGARDING REMAND TO STATE COURT - Case No.: C 08-05803 HRL